DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> PEOPLE OF THE VIRGIN ISLANDS, ) <br> ) <br> v. ) <br> ) <br> ELVIN WRENSFORD and ) <br> CRAIG MULLER, ) <br> ) <br> **Defendants.** ) <br> _____) | **Criminal Action No. 2013-0003** |

**Attorneys:**
**Alphonso G. Andrews, Jr., Esq.,**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
　　*For the United States and the Virgin Islands*

**Omodare Jupiter, Esq.,**
St. Croix, U.S.V.I.
　　*For Defendant Elvin Wrensford*

**Martial A. Webster, Esq.,**
St. Croix, U.S.V.I.
　　*For Defendant Craig Muller*

## ORDER

**UPON CONSIDERATION** of Defendant Elvin Wrensford's Motion to Suppress (Dkt. No. 53), the Government's Response thereto (Dkt. No. 71), the testimony and arguments at the suppression hearings, the post-hearing briefing, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant Elvin Wrensford's Motion to Suppress (Dkt. No. 53) is **GRANTED IN PART AND DENIED IN PART;** and it is further

**ORDERED** that the Motion to Suppress is **GRANTED** to the extent that the keys, wallet, and insurance card removed from Defendant Wrensford will be suppressed; and it is further

**ORDERED** that the Motion to Suppress is **DENIED** to the extent that the knife removed from Defendant Wrensford, his statements to the Virgin Islands Police Department, the buccal swab, and identifications of Defendant Wrensford by two witnesses will not be suppressed.

**SO ORDERED.**

Date: August 11, 2014                                 _____/s/_____
                                                    WILMA A. LEWIS
                                                    Chief Judge